# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN CHRISTOPHER GAZLAY,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 83050

FILED

JUL 01 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial motion for return of seized property and the suppression of evidence. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Our initial review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule allows a defendant to appeal from an order denying a pretrial motion for return of seized property and the suppression of evidence. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1135, 1135 (1990); NRS 177.015(2). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-18990

cc: Hon. Tierra Danielle Jones, District Judge
Steven Christopher Gazlay
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A